**COURT OF CHANCERY
OF THE
STATE OF DELAWARE**

LORI W. WILL
VICE CHANCELLOR

LEONARD L. WILLIAMS JUSTICE CENTER
500 N. KING STREET, SUITE 11400
WILMINGTON, DELAWARE 19801-3734

February 3, 2023

Raymond J. DiCamillo, Esquire
Kevin M. Gallagher, Esquire
Alexander M. Krischik, Esquire
Edmond S. Kim, Esquire
Nicholas F. Mastria, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street, Suite 200
Wilmington, Delaware 19801

      RE:   *In re Lordstown Motors Corp.*,
              C.A. No. 2023-0083-LWW

Dear Counsel,

This letter memorializes the court's February 2, 2023 oral ruling on the Motion for Expedited Proceedings (the "Motion") filed by petitioner Lordstown Motors Corp. (the "Company"). The Motion is granted for the reasons explained in that oral ruling.

The court will hold a hearing on the Company's request for relief pursuant to 8 *Del. C.* § 205 (the "Petition") at 11:00 a.m. on February 20, 2023 at the Leonard L. Williams Justice Center in Wilmington, Delaware. The Company shall file a Form 8-K providing notice of the hearing to its stockholders no fewer than 10 days

before February 20.  That Form 8-K shall: attach the Petition or (if the Company prefers to post the Petition on its website rather than attaching it to the Form 8-K) provide a website address to the location of the Petition; describe the relief sought in the Petition; inform stockholders of the time, date, and location of the hearing on the Petition; and explain how stockholders can appear and be heard at or in advance of the hearing.

To the extent the foregoing requires an order to take effect, IT IS SO ORDERED.

Sincerely yours,

*/s/ Lori W. Will*

Lori W. Will
Vice Chancellor